IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Douglas Pontius, et al., | Civil No. 04-1737 |
| Plaintiff, | District Judge Gary L. Lancaster |
| | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| Delta Financial Corporation, d/b/a Fidelity Mortgage, Inc., | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| | Electronic Filing |
| Defendant. | |

Plaintiffs Jerome Bagley, Richard Evans, Yolanda Freeman, Matthew Kirk, Robert Kutella, Keith Landis and Trina Willingham, and Defendant Fidelity Mortgage Inc., pursuant to Fed.R.Civ.P. 41(a)(1), hereby enter into this joint stipulation of dismissal without prejudice. The foregoing individuals should be dismissed from this action without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| NICHOLS KASTER & ANDERSON, PLLP | LITTLER MENDELSON, P.C. |
| _/s/ Donald H. Nichols_ | _/s/ Robert W. Pritchard_ |
| Donald H. Nichols, MN Bar No. 78918 | Robert W. Pritchard, PA Bar No. 76979 |
| Paul J. Lukas, MN Bar No. 22084X | Dominion Tower |
| Michele R. Fisher, MN Bar No. 303069 | 625 Liberty Ave., 26th Floor |
| Jill M. Novak, MN Bar No. 343456 | Pittsburgh, PA 15222 |
| 4600 IDS Center, 80 South 8th Street | 412.201.7628 (Telephone) |
| Minneapolis, MN 55402 | 412.774.1957 (Fax) |
| (612) 338-1919 (Telephone) | |
| (612) 215-6870 (Fax) | Andrew J. Voss, MN Bar No. 241556 |
| | 33 South 6th Street, Ste. 3100 |
| ATTORNEYS FOR PLAINTIFFS | Minneapolis, MN 55402 |
| | 612.313.7605 (Telephone) |
| | 612.630.9626 (Fax) |
| | |
| | ATTORNEYS FOR DEFENDANT |

Firmwide:80808176.1 036817.1003

SO ORDERED, this 10th day of February, 2006.

_/s/ Gary L. Lancaster_
Gary L. Lancaster, U.S. District Judge