## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Douglas Pontius, et al., | Civil No. 04-1737 |
| Plaintiff, | District Judge Gary L. Lancaster<br>Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| Delta Financial Corporation, d/b/a<br>Fidelity Mortgage, Inc., | **STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |
| Defendant. | |

Plaintiffs Gail Heibel, Lindsay Reagan, and Thomas Young, and Defendant Fidelity Mortgage Inc., pursuant to Fed.R.Civ.P. 41(a)(1), hereby enter into this joint stipulation of dismissal without prejudice. Ms. Heibel, Ms. Reagan and Mr. Young should be dismissed from this action without prejudice, each party to bear its own fees and costs.

Dated: January 26, 2006

NICHOLS KASTER & ANDERSON, PLLP

*[signature]*

Donald H. Nichols, MN Bar No. 78918
Paul J. Lukas, MN Bar No. 22084X
Michele R. Fisher, MN Bar No. 303069
Jill M. Novak, MN Bar No. 343456
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 338-1919 (Telephone)
(612) 215-6870 (Fax)

ATTORNEYS FOR PLAINTIFFS

LITTLER MENDELSON, P.C.

*[signature]*

Robert W. Pritchard, PA Bar No. 76979
Dominion Tower
625 Liberty Ave., 26th Floor
Pittsburgh, PA 15122
412.201.7628 (Telephone)
412.774.1957 (Fax)

Andrew J. Voss, MN Bar No. 241556
33 South 6th Street, Ste. 3100
Minneapolis, MN 55402
612.313.7605 (Telephone)
612.630.9626 (Fax)

ATTORNEYS FOR DEFENDANT

SO ORDERED, this **14** day of February, 2006.

*[signature]*
Hon. Gary L. Lancaster, U.S. District Judge