IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS PONTIUS, individually )
and on behalf of other )
similarly situated employees, )
    Plaintiff, )
     )
    v. ) Civil Action No. 04-1737
     )
DELTA FINANCIAL CORPORATION, )
doing business as Fidelity )
Mortgage, Inc., )
    Defendant. )

ORDER OF COURT

AND NOW, this 20th day of December, 2007, the court having been advised that defendant has filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware at Case No. 07-11880-CCS and no further action can be taken by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record