**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Douglas Pontius, individually and on behalf of other similarly situated employees, | ) ) ) ) ) | Civil Action No. 04-1737 |
| Plaintiffs, | ) | |
| v. | ) ) | Judge Gary L. Lancaster |
| Delta Financial Corporation d/b/a Fidelity Mortgage Inc., | ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | ) ) | |

**STIPULATION FOR DISMISSAL**

Having fully resolved the disputes herein,

IT IS HEREBY STIPULATED AND AGREED by and between DOUGLAS PONTIUS and all other similarly situated employees who filed written consents to join this action as party plaintiffs pursuant to 29 U.S.C. § 216(b), and Defendant Delta Financial Corporation d/b/a Fidelity Mortgage Inc. (collectively "the Parties"), by and through their undersigned attorneys, that the above-captioned action be dismissed with prejudice on the merits and without costs to any of the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted this 16th day of April, 2010.

| NICHOLS KASTER, PLLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/Timothy C. Selander | /s/Robert W. Pritchard |
| Donald H. Nichols, MN Bar No. 78918 | Robert W. Pritchard, PA Bar No. 76979 |
| Paul J. Lukas, MN Bar No. 22084X | EQT Plaza |
| Timothy C. Selander MN Bar No. 0387016 | 625 Liberty Ave., 26th Floor |
| 4600 IDS Center | Pittsburgh, PA 15222 |
| 80 South Eighth Street | 412.201.7628 (Telephone) |
| Minneapolis, MN 55402 | 412.774.1957 (Fax) |
| (612) 256-3200 (Telephone) | |
| (612) 215-6870 (Fax) | Andrew J. Voss, MN Bar No. 241556 |
| | 1300 IDS Center |
| ATTORNEYS FOR PLAINTIFFS | 80 South Eighth Street |
| | Minneapolis, MN  55402 |
| | 612.313.7605 (Telephone) |
| | 612.630.9626 (Fax) |
| | |
| | ATTORNEYS FOR DEFENDANT |