# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Douglas Pontius, individually and on behalf of other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>Delta Financial Corporation d/b/a Fidelity Mortgage Inc.,<br><br>Defendant. | Civil Action No. 04-1737<br><br>Judge Gary L. Lancaster<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER FOR DISMISSAL

Based on the Parties' stipulation and good cause appearing therefrom, IT IS HEREBY ORDERED that this action be and is hereby dismissed with prejudice. Each party is to bear its own costs. This case is closed.

DATED: 4/16/10

IT IS SO ORDERED.

Hon. Gary L. Lancaster
UNITED STATES DISTRICT JUDGE